**Opinion filed March 11, 2010**



In The

# Eleventh Court of Appeals

_____

## Nos. 11-10-00060-CR, 11-10-00061-CR, & 11-10-00062-CR

_____

### ISMAEL VILLARREAL, JR., Appellant

### V.

### STATE OF TEXAS, Appellee

**On Appeals from the 104th District Court**

**Taylor County, Texas**

**Trial Court Cause Nos. 16,732-B, 17,243-B, & 17,244-B**

## M E M O R A N D U M   O P I N I O N

On February 24, 2010, Ismael Villarreal, Jr. filed in this court three pro se notices of appeal challenging the trial court's denial of his motions to suppress. The clerk of this court notified appellant in writing that it did not appear that this court had jurisdiction and directing appellant to respond showing grounds for continuing these appeals. Appellant has filed written responses.

In his responses, appellant challenges the affidavits supporting the warrants he moved to suppress and does not address this court's jurisdictional concerns. We note that the notices of appeal

were not properly filed and that appealable orders have not yet been entered. TEX. R. APP. P. 25.2(c)(1).

The appeals are dismissed for want of jurisdiction.

PER CURIAM

March 11, 2010

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of:  Wright, C.J.,
McCall, J., and Strange, J.